**Fill in this information to identify the case:**

Debtor name: Bornt & Sons, Inc.
United States Bankruptcy Court for the: Southern    District of CA
(State)
Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name: Wells Fargo
Describe debtor's property that is subject to a lien: Accounts receivable, inventory, equipment, crop, general intangibles, real property
$ 2,900,000.00    $ 1,188,759.46

Creditor's mailing address:
333 South Grand Avenue
Los Angeles, CA 90071

Describe the lien: First priority blanket lien

Creditor's email address, if known: Jeffrey.K.Scott@wellsfargo.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred: 3/1/2013
Last 4 digits of account number: N/A __ __ __

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name: _____
Describe debtor's property that is subject to a lien: _____
$ _____    $ _____

Creditor's mailing address:
_____
_____

Describe the lien: _____

Creditor's email address, if known: _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 2,900,000.00

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor __Bornt & Sons, Inc._____     Case number *(if known)*_____
                *Name*

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
    ❑ No. Specify each creditor, including this creditor, and its relative priority.
    ❑ Yes. The relative priority of creditors is specified on lines _____

---

**2._**  **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
    ❑ No. Specify each creditor, including this creditor, and its relative priority.
    ❑ Yes. The relative priority of creditors is specified on lines _____

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page ___ of ___

Debtor __Bornt & Sons, Inc.__                    Case number *(if known)*_____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Richard W. Brunette, Jr.<br>Sheppard Mullin<br>333 South Hope Street, Forty-Third Floor, Los Angeles, CA 90071 | Line 2. 1 | N/A __ __ __ |
| Ken Fox<br>Sheppard Mullin<br>650 Town Center Drive, Tenth Floor, Costa Mesa, CA 92626 | Line 2. 1 | N/A __ __ __ |
| Christopher Meltzer<br>Sheppard Mullin<br>650 Town Center Drive, Tenth Floor Costa Mesa, CA 92626 | Line 2. 1 | N/A __ __ __ |
| David S. Rauch<br>Wells Fargo Bank, N.A.<br>333 South Grand Avenue, 7th Floor, Los Angeles, CA 90071 | Line 2. 1 | N/A __ __ __ |
| Jeffrey K. Scott<br>Wells Fargo Bank, N.A.<br>333 South Grand Avenue, 7th Floor, Los Angeles, CA 90071 | Line 2. 1 | N/A __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |