**Fill in this information to identify the case:**

Debtor    Bornt & Sons, Inc.

United States Bankruptcy Court for the:   Southern    District of   CA
                                                           (State)

Case number
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Imperial County Tax Collector
940 Main St #106
El Centro, CA 92243

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Total claim $ 83,221.89    Priority amount $ 83,221.89

**Date or dates debt was incurred**
8/18/2020

**Basis for the claim:**
Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___)

**2.2**   Priority creditor's name and mailing address
Maricopa County Treasurer
301 W Jefferson St #100
Phoenix, AZ 85003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 905.72    Priority amount $ 905.72

**Date or dates debt was incurred**
09/2020

**Basis for the claim:**
Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___)

Debtor _____    Case number *(if known)* _____
         Bornt & Sons, Inc.
         Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**        **Priority amount**

**2.__**  **Priority creditor's name and mailing address**

$_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account
number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  **Priority creditor's name and mailing address**

$_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account
number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  **Priority creditor's name and mailing address**

$_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account
number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**  **Priority creditor's name and mailing address**

$_____    $_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account
number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor        Bornt & Sons, Inc.
              _____        Case number (if known) _____
              Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
See Schedule F, Exhibit 3
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    Bornt & Sons, Inc.

Name

Case number *(if known)*_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

Debtor ___Bornt & Sons, Inc._____    Case number *(if known)* _____
　　　　　　　Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Dominic V. Signorotti<br>McKenna \| Brink \| Signorotti LLP<br>1981 N Broadway, Ste. 255, Walnut Creek, CA 94596 | Line 3.28<br>☐ Not listed. Explain TS&L | N/A __ __ __ |
| 4.2. | John F. Gardner<br>Donahue Fitzgerald LLP<br>1646 N California Blvd., Ste. 250, Walnut Creek, CA 94596 | Line 3.28<br>☐ Not listed. Explain TS&L | N/A __ __ __ |
| 4.3. | Tanner D. Brink<br>McKenna \| Brink \| Signorotti LLP<br>1981 N Broadway, Ste. 255, Walnut Creek, CA 94596 | Line 3.28<br>☐ Not listed. Explain TS&L | N/A __ __ __ |
| 4.4. | William S. Smerdon<br>Law Office of William S. Smerdon<br>PO Box 1319, Brawley, CA 92227 | Line 3.22<br>☐ Not listed. Explain MFC | N/A __ __ __ |
| 4.5. | Michael P. Bryant<br>Bryant & Bryant, Attorneys at Law<br>505 North Tustin Avenue, Suite 104, Santa Ana, CA 92705 | Line 3.12<br>☐ Not listed. Explain Gowan | N/A __ __ __ |
| 4.6. | Kenneth A. Bryant<br>Bryant & Bryant, Attorneys at Law<br>505 North Tustin Avenue, Suite 104, Santa Ana, CA 92705 | Line 3.12<br>☐ Not listed. Explain Gowan | N/A __ __ __ |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____Bornt & Sons, Inc._____          Case number *(if known)*_____
            Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

4.___   _____    Line ____
        _____    ☐  Not listed. Explain _____    __ __ __ __
        _____        _____

Debtor ___Bornt & Sons, Inc_____    Case number *(if known)*_____
                Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 84,127.61 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 6,694,224.81 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,778,352.42 |

**Schedule F, Exhibit 3**
3. List of All Creditors with Nonpriority Unsecured Claims

| No | Creditor Name | Date Debt Incurred | Contingent? | Unliquidated? | Disputed? | Basis for Claim | Subject to Offset? | Amount | Mailing Address |
|---|---|---|---|---|---|---|---|---|---|
| 3.1 | AgDirect | 2/11/2020 – 8/03/2020 | x | x | | Lease | | $85,062.00 | PO Box 1450 Minneapolis MN 55485 |
| 3.2 | Aquila Irrigation District | 5/22/2020 – 7/24/2020 | | | | Utility | | $2,679.03 | PO Box 1267 Mesa AZ 85211+1267 |
| 3.3 | A.I Bornt | N/A | | | | Insider / Affiliate | | $60,800.00 | N/A |
| 3.4 | Allen Bornt and Mary Bornt | N/A | | | | Insider / Affiliate | | $943,280.47 | 2060 East Highway 80, Holtville, CA 92250 |
| 3.5 | Allana Graeme | N/A | | | | Insider / Affiliate | | $50,000.00 | N/A |
| 3.6 | AMC Farms LLC | 01/01/2020 | x | x | x | Lease | | $18,120.00 | PO Box 177 Brawley, CA 92227 |
| 3.7 | Arizona Dept. of Revenue | 07/22/2020 | | | | Government Contract | | $500.00 | 1600 W Monroe St, Phoenix, AZ 85007 |
| 3.8 | AT&T | 04/02/2020 – 07/05/2020 | | | | Utility | | $5,101.38 | PO Box 5014 Caroll Stream IL 60197 |
| 3.9 | Bornt Equipment Leasing, LLC | 2014 - 2020 | | | | Insider / Affiliate | | $242,164.26 | 2307 East Highway 98, Holtville, CA 92250 |
| 3.10 | Buchalter | 04/30/2020 – 05/31/2020 | | | | Professional Services | | $95,891.73 | 1000 Wilshire Blvd, Ste 1500 Los Angeles CA 90017-2457 |
| 3.11 | Cal Central Harvesting, Inc | 04/07/2019 – 07/01/2019 | | | | Trade Debt | | $16,735.62 | 183 S Central Valley Hwy Shafter, CA 93263 |
| 3.12 | Gowan Seed Co. | 11/09/2018 – 06/30/2020 | | | | Trade Debt | | $2,511,975.21 | PO Box 5569 Yuma AZ 85364 |
| 3.13 | GreenWise Materials Inc. | 01/31/2020 – 11/30/2020 | | | | Insider / Affiliate | | $88,357.36 | 2307 East Highway 98, Holtville, CA 92250 |
| 3.14 | Heritage Farms LLC | 02/29/2020 | | | | Trade Debt | | $1,122.00 | 610 E. Holton Rd, El Centro, CA 92243 |
| 3.15 | Holladay Seed Company Inc. | 11/14/2018 – 12/14/2018 | | | | Trade Debt | | $666,585.00 | 820 Park Row #616 Salinas, CA 93901 |
| 3.16 | H-Star Investments | 01/01/2019 | x | x | x | Lease | | $21,000.00 | PO Box 10539 Bakersfield, CA 93389 |
| 3.17 | IID | 05/06/2020 – 06/01/2020 | | | | Trade Debt | | $1,155.52 | PO Box 937 Imperial CA 92251+0937 |
| 3.18 | Keith+Williams Seeds Inc. | 10/15/2018 – 03/31/2019 | | | | Trade Debt | | $6,091.87 | PO Box 177 Holtville, CA 92250 |
| 3.19 | Ling & Bouman, LLP | 06/29/2020 | | | | Professional Services | | $6,250.00 | 4669 Murphy Canyon Rd, Ste 130 San Diego, CA 92123 |
| 3.20 | MARA Capital | N/A | | | | Insider / Affiliate | | $449,157.27 | 2060 East Highway 80, Holtville, CA 92250 |
| 3.21 | Materra Farming Co | 02/01/2020 – 03/01/2020 | x | x | x | Lease | | $7,000.00 | PO Box 9308 Bakersfield, CA 93389 |
| 3.22 | MFC Imperial LLC | 01/01/2020 | x | x | x | Lease | | $342,842.50 | PO Box 9308 Bakersfield, CA 93389 |
| 3.23 | Nutrien Ag Solutions, Inc. | 03/11/2019 – 7/31/2020 | | | x | Trade Debt | | $30,189.90 | PO Box 698 Imperial CA 92251 |
| 3.24 | Radicle Seed Company | 12/11/2018 | | | | Trade Debt | | $45,000.00 | 4860 Monterey Road Gilroy, CA 95020 |
| 3.25 | Robert W. Schultz | 03/01/2019 | x | x | | Lease | | $14,245.00 | 19981 Reata St, Tehachapi, CA 93561 |
| 3.26 | Sammy's Holdings LLC | 01/01/2019 | x | x | | Lease | | $30,000.00 | PO Box 159 Litchfield Park, AZ 85340 |
| 3.27 | Schultz Enterprises, Inc. | 01/01/2019 – 03/01/2019 | x | x | | Lease | | $18,689.00 | PO Box 1060 Tehachapi CA 93581 |
| 3.28 | TS&L Seed Company | 07/09/2019 – 02/09/2019 | | | x | Trade Debt | | $922,209.00 | PO Box 359 Woodland CA 95776-0359 |
| 3.29 | Windtalkparkdev | 03/01/2019 | x | x | x | Lease | | $12,000.00 | 21712 Adobe Rd Bakersfield CA 93307 |
| Total | | | | | | | | $6,694,224.81 | |