**Fill in this information to identify the case:**

Debtor name: **Bornt & Sons, Inc.**

United States Bankruptcy Court for the: **Southern** District of **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B ............................................................................................................... $ **1,015,000.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B ............................................................................................................ $ **173,759.46**

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B .............................................................................................................. $ **1,188,759.46**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D.............................................. $ **2,900,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F ...................................................................... $ **84,127.61**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ....................................................... + $ **6,694,224.81**

4. **Total liabilities** ...........................................................................................................................................
Lines 2 + 3a + 3b    $ **9,678,352.42**