**Fill in this information to identify the case:**

Debtor name __Bornt & Sons, Inc.__

United States Bankruptcy Court for the: __Southern__ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Gowan Seed Co.<br>P.O. Box 5569 Yuma AZ 85364 | Liz Handley<br>831-679-1900 | Trade Debt | d | | | $2,511,975.21 |
| 2 | TS&L Seed Company<br>PO Box 359 Woodland CA 95776 | 530-666-1239 | Trade Debt | d | | | $922,209.00 |
| 3 | Holaday Seed Company Inc.<br>820 Park Row #616 Salinas, CA 93901 | 831-796-0504 | Trade Debt | | | | $666,585.00 |
| 4 | MFC Imperial I LLC<br>PO Box 9308 Bakersfield, CA 93389 | Brent Grizzle | Lease | c, u, d | | | $342,842.50 |
| 5 | Buchalter<br>1000 Wilshire Blvd, Ste 1500 Los Angeles CA 90017 | Cheryl Lott<br>213-891-5259<br>clott@buchalter.com | Professional Services | | | | $95,891.73 |
| 6 | AgDirect<br>NW-9675, PO Box 1450 Minneapolis MN 55485 | 866-507-6555 | Lease | c, u, d | | | $85,082.00 |
| 7 | Imperial County Tax Collector<br>940 Main St #106<br>El Centro, CA 92243 | (442) 265-1270 | Tax | d | | | $83,221.89 |
| 8 | Radicle Seed Company<br>4860 Monterey Road Gilroy, CA 95020 | Tomas Raya<br>408-848-2448 | Trade Debt | | | | $45,000.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor  __Bornt & Sons, Inc.__                                Case number *(if known)*_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Nutrien Ag Solutions, Inc. PO Box 698 Imperial CA 92251 | 661-858-2278 | Trade Debt | d | | | $30,189.90 |
| 10 | Sammy's Holdings LLC PO Box 159 Litchfield Park, AZ 85340 | 602-697-0777 | Lease | c, u, d | | | $30,000.00 |
| 11 | H-Star Investments PO Box 10539 Bakersfield, CA  93389 | Eldon Hugie 661-322-0300 | Lease | c, u, d | | | $21,000.00 |
| 12 | Schultz Enterprises PO Box 1060 Tehachapi CA 93581 | | Lease | c, u, d | | | $18,689.00 |
| 13 | AMC Farms LLC PO Box 177 Brawley, CA 92227 | 760-427-3803 | Lease | c, u, d | | | $18,120.00 |
| 14 | Cal Central Harvesting, Inc. 183 S Central Valley Hwy Shafter, CA 93263 | 661-746-3527 | Trade Debt | | | | $16,735.62 |
| 15 | Robert W. Schultz 19981 Reata St. Tehachapi, CA 93561 | Robert W. Schultz | Lease | c, u, d | | | $14,245.00 |
| 16 | Windtalkparkdev 21712 Adobe Rd Bakersfield CA 93307 | Thomas Hwang | Lease | c, u, d | | | $12,000.00 |
| 17 | Materra Farming Co PO Box 9308 Bakersfield CA 93389 | 760-755-7500 | Lease | c, u, d | | | $7,000.00 |
| 18 | Ling & Bouman, LLP 4669 Murphy Canyon Rd, Ste 130 San Diego, CA 92123 | Ward Bouman 858-467-4770 | Professional Services | | | | $6,250.00 |
| 19 | Keithly-Williams Seeds Inc. P.O. Box 177 Holtville, CA 92250 | Cassie Ortiz 760-356-5533 | Trade Debt | d | | | $6,091.87 |
| 20 | AT&T PO Box 5014 Carol Stream IL 60197 | 800-321-2000 | Utility | | | | $5,101.38 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 2